So Ordered.

Signed this 9 day of September,

Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
In re:                                                                IN BANKRUPTCY
                                                                          NO. 15-11520-REL
                                                                          Chapter 7

DAVID R. EVANS,

                              Debtor.

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Coming before the Court on September 2, 2015 was the motion of Capital Communications Federal Credit Union for relief from the automatic stay. After due deliberation, it is hereby:

**ORDERED** that the automatic stay instituted upon filing of the within bankruptcy case is hereby terminated pursuant to 11 U.S.C. §362(d) as to the security interest set forth in the 2010 Dodge Charger (VIN: 2B3CA3CV9AH273715); and it is further

**ORDERED** that the applicant herein shall account to the Trustee, in writing, for any surplus money resulting from the sale of the collateral.

XXX