

Robert E. Littlefield, Jr.
Chief, United States Bankruptcy Judge

So Ordered.

Signed this 23 day of October, 2014.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEW YORK

In re:

CATHERINE A. JURA,

Debtor.

**Case No.: 14-12058-rel**
**Chapter 7**

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Coming before the Court on October 22, 2014 was the motion of Capital Communications Federal Credit Union for relief from the automatic stay.  After due deliberation, it is hereby:

**ORDERED** that the automatic stay instituted upon filing of the within bankruptcy case is hereby terminated pursuant to 11 U.S.C. §362(d) as to the security interest set forth in the 2008 Kia Sedona (VIN: KNDMB233886239043); and it is further

**ORDERED** that the applicant herein shall account to the Trustee, in writing, for any surplus money resulting from the sale of the collateral.

###