So Ordered.

Signed this 17 day of December, 2015.

_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>TRENT D. SHAVER AND SHANNON M SHAVER,<br><br>Debtors. | Case No. 15-12205-REL<br>Chapter 7 |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY
PURSUANT TO 11 U.S.C. SECTION 362(d)(1)**

Creditor, Cap Com Federal Credit Union, having moved for an Order, pursuant to 11 U.S.C. Section 362(d)(1), authorizing relief from automatic stay, or the granting of adequate protection herein,

UPON reading and filing the Notice of Motion and Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. Section 362(d)(1), dated November 4, 2015, together with the exhibits annexed thereto and due proof of service thereof, and upon all pleadings and proceedings heretofore had herein, and no opposition having been interposed, and due deliberation having been had thereon and good and sufficient cause appearing

NOW, ON MOTION of Cap Com Federal Credit Union, by its counsel, Schiller & Knapp, LLP, it is hereby

ORDERED, that the provisions of F.R.B.P. Rule 4001 which state that the instant Order shall be effective fourteen days from date of entry is hereby waived; and it is further

ORDERED, that the automatic stay instituted upon the filing of the petition for an Order for relief by the debtors, above-named, be, and the same hereby is, terminated in that it shall not apply to any action by creditor, Cap Com Federal Credit Union, to obtain possession and dispose of its collateral; namely, one (1) 2011 Chevrolet Equinox (V.I.N. 2CNFLEEC0B6384367); and it is further

ORDERED, that Cap Com Federal Credit Union shall provide notice of any surplus to the Trustee promptly after the collateral is disposed of.

15-19249

###