So Ordered.

Signed this 26 day of April, 2016.

_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>THOMAS P BROWN, JR.,<br><br>　　　　　Debtor. | Case No. 16-10032-1-REL<br>Chapter 7 |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**
**PURSUANT TO 11 U.S.C. SECTION 362(d)(1)**

Creditor, First Niagara Bank, N.A., having moved for an Order, pursuant to 11 U.S.C. Section 362(d)(1), authorizing relief from automatic stay herein,

UPON reading and filing the Notice of Motion and Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. Section 362(d)(1), dated March 28, 2016, together with the exhibits annexed thereto and due proof of service thereof, and upon all pleadings and proceedings heretofore had herein, and no opposition having been interposed, and due deliberation having been had thereon and good and sufficient cause appearing

NOW, ON MOTION of First Niagara Bank, N.A., by its counsel, Schiller, Knapp, Lefkowitz & Hertzel, LLP, it is hereby

ORDERED, that the automatic stay instituted upon the filing of the petition for an Order for relief by the debtor, above-named, be, and the same hereby is, terminated in that it shall not apply to any action by creditor, First Niagara Bank, N.A., to obtain possession and dispose of its collateral; namely, one (1) 2012 Jeep Patriot (V.I.N. 1C4NJRFB0CD659595); and it is further

ORDERED, that First Niagara Bank, N.A. shall provide notice of any surplus to the Trustee promptly after the collateral is disposed of.

###