

Robert E. Littlefield, Jr.
United States Bankruptcy Judge

So Ordered.

Signed this 13 day of February, 2015.

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF NEW YORK

In re:                                                            **Case No.: 14-12758-rel**
                                                                  **Chapter 7**
MICHAEL ADAM MOAK,

                    Debtor.

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Coming before the Court on February 4, 2015 was the motion of Capital Communications Federal Credit Union for relief from the automatic stay. After due deliberation, it is hereby:

**ORDERED** that the automatic stay instituted upon filing of the within bankruptcy case is hereby terminated pursuant to 11 U.S.C. §362(d) as to the security interest set forth in the 2014 Kia Forte (VIN: KNAFX4A89E5085994); and it is further

**ORDERED that Rule 4001(a)(3) does apply to the order and the 14-day stay is specifically in effect; and it is further**

**ORDERED** that the applicant herein shall account to the Trustee, in writing, for any surplus money resulting from the sale of the collateral.

###